# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 14-CR-69 (RC) |
| v. | : | |
| PHEERAYUTH BURDEN, | : | |
| Defendant. | : | |

## JOINT STATUS REPORT AND REQUEST TO RESCHEDULE THE STATUS CONFERENCE SET FOR JANUARY 6, 2021

On September 22, 2020, this Court held the status conference in this matter and scheduled an additional status conference for November 6, 2020, which was continued to January 6, 2021 at the request of the parties. As the parties continue to work towards a resolution of this matter that would obviate the need for a retrial, but are not yet prepared to report significant progress, the parties jointly request that the Court reschedule the status conference for a date convenient for the Court in February 2021.

By way of an update, defense counsel is still working to secure financial information requested by the government. The process continues to be more onerous than anticipated. Accordingly, additional time is needed for the parties to work out an alternative should they be unable to obtain the financial documents the government has sought.

The parties have conferred about a possible new date, and are requesting a status date after February 1, 2021.

Additionally, the parties are jointly requesting a continuation of tolling of the Speedy Trial Act, as the additional time needed to take these steps is in the public and parties' interests, the additional time requested is appropriate given Covid-19 issues, the translation issues, and difficulty in obtaining foreign records, and in the interests of justice. Mr. Burden has reported to Pretrial

1

Services on a weekly basis since his release and will continue to do so while awaiting the next status date.

>
> Respectfully submitted,
>
> TIMOTHY J. SHEA
> UNITED STATES ATTORNEY
>
>
> _____/s/_____
> TEJPAL S. CHAWLA
> D.C. Bar. No. 464012
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, DC 20530
>  (202) 252-7280 (Chawla)
>
>
> _____/s/_____
> LINDSAY C. HARRISON
> D.C. Bar No. 977407
> Jenner & Block LLP
> 1099 New York Avenue, N.W.
> Washington, D.C. 20001
> (202) 639-6865

January 5, 2021